UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jaime Lopez     Docket No. 5:25-CR-273-1D

**Petition for Action on Supervised Release**

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jaime Lopez, who, upon a finding of guilty by a jury to Transporting and Undocumented Alien within the U.S. for Private Financial Gain, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i), was sentenced in the Southern District of Texas by the Honorable Drew B. Tipton, U.S. District Judge, on April 24, 2024, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that the defendant be placed on supervised release for a period of 2 years. Note: The defendant's special conditions of supervised release include 180 days of home detention with location monitoring technology and 50 hours of community service.

Jaime Lopez was released from custody on April 24, 2024, at which time the term of supervised release commenced.

On October 22, 2025, Transfer of Jurisdiction was accepted by the Eastern District of North Carolina, and the defendant's case was assigned to Your Honor for all further proceedings.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 1, 2025, the defendant received a citation for Driving While License Revoked, Window Tint Violation, No Motor Vehicle Registration, and No Liability Insurance (25CR4204) in Beaufort County, North Carolina. He failed to notify the probation officer of his contact with law enforcement within 72 hours as required. When confronted by the undersigned probation officer, the defendant contended he forgot to notify the probation office and apologized for his actions. His next court date is scheduled for December 15, 2025.

On October 17, 2025, Lopez received a citation for Driving While License Revoked, Window Tinting Violation, No Motor Vehicle Registration, and Give/Lend/Borrow License Plate (25CR7410) in Wilson County, North Carolina. When confronted by the undersigned probation officer, the defendant admitted to the driving violations. He contended he was driving his mother home from a medical appointment. His next court date is scheduled for January 9, 2026.

In response to the violations, it is respectfully recommended the defendant's probation be modified to include participation in a cognitive behavioral program as directed by the probation officer. He signed a waiver of Hearing agreeing to the proposed modification of supervision. Additionally, the defendant has been advised that revocation proceedings will be initiated if he receives another citation for driving without being properly licensed.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Jaime Lopez
Docket No. 5:25-CR-273-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Orlando M. Roberts<br>Orlando M. Roberts<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 252-508-3055<br>Executed On: October 28, 2025 |

### ORDER OF THE COURT

Considered and ordered this 29 day of October, 2025, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge